IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PARKS,<br>              Petitioner,<br><br>    v.<br><br>STEVEN GLUNT,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>              Respondents. | CIVIL ACTION<br><br><br><br>NO. 15-526 |

**O R D E R**

**AND NOW**, this 19th day of November, 2015, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Paul Parks, the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated September 29, 2015, no objections having been filed, **IT IS ORDERED** as follows:

    1.    The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated September 29, 2015, is **APPROVED** and **ADOPTED**;

    2.    The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Paul Parks, is **STAYED** and **PLACED** in **SUSPENSE** until the exhaustion of state post-conviction proceedings;

    3.    Action on *pro se* petitioner's Motion Requesting Leave to Amend Habeas Corpus Petition is **STAYED** and **PLACED** in **SUSPENSE**; and,

    4.    *Pro se* petitioner shall notify the Court within thirty (30) days of the conclusion of state post-conviction proceedings.

                                                        **BY THE COURT:**
                                                        /s/ Hon. Jan E. DuBois

                                                        **DuBOIS, JAN E., J.**