IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PARKS,<br>      Petitioner,<br><br>           v.<br><br>MARK GARMAN, *et al.*,<br>      Respondents. | :<br>:<br>:<br>:   CIVIL ACTION NO. 15-CV-526<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of July, 2020, in consideration of Petitioner Paul Parks' Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 42), for the reasons stated in the attached Memorandum dated March 11, 2020, it is **ORDERED** as follows:

1. *Pro se* petitioner's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) is **DISMISSED WITHOUT PREJUDICE** to his right to seek authorization from the United States Court of Appeals for the Third Circuit to file a second or successive *habeas* petition pursuant to 28 U.S.C. § 2244(b)(3)(A);

2. A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                              **BY THE COURT:**

                                              /s/ Hon. Jan E. DuBois
                                              _____
                                              DuBOIS, JAN E., J.